FILED
2023 SEP 25 PM 2:26
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Austin_____ DIVISION

CLARION DION FREDERICK

Plaintiff(s)

CASE NUMBER: 1:23CV1149

(SCIENCE)
ARTIFICIAL INTELLIGENCE FIELDS

Defendant(s)

## COMPLAINT

WITH THE HELP OF SCIENCE, I'VE MAINTAINED A JOB FOR THE LAST COUPLE OF YEARS; INITIATING A POSITIVE VIBE TO HELP KEEP THE COMMUNITY, FAMILY, FRIENDS AND NEIGHBORS SAFE AND POSITIVE; respectively

Rev. Ed. October 26, 2017

DARION DION FREDERICK  COMPLAINT  SCIENCE  CASE NUMBER:

① DARION DION FREDERICK; HOMELESS; inapplicable 501 W 5th Street respectively anonymous

② ARTIFICIAL INTELLIGENCE FIELDS; DISABILITY; VARIOUS ADDRESSES, none known

③ Case was not heard from me febuary 14th of 2023; I was incarcerated after a job came to walk the highways out of state; was told various times; coercion from other planets; recently learned I made "them" proud and was released from "upkept" emotional well being; physical as well; 1st attempt failed in montgomery County excuse me; outer city limits of Houston; Harris County is where I was incarcerated; 2nd was Montgomery County; 3rd and 4th, Bastrop City Jail; all with a job to make my case, circumstances heard in Supreme Court; Also have Alien friends from other planets; Torture kids and Torture Adults; very big hearts and want to change the world; lets start changing the Universe; applied Science or actual testing IDK respectively; I've moved things with my mind, made lights flicker and brought unusual attention from other people to myself; respectively. "We don't know, we want him to say it in Court," "Sincerly Torture kids"
(MARS)    (PLUTO)    THE REST ⟶

④ I am suing for my emotional and physical wellbeing; Emotional Traumatization; respectively. Job gave me arthritis, assaulted at my apartment ~~house~~; Experienced new "casual" racism and sexism. Alienated from friends, family, parents and neighbors; Alienated from resources and certain activities and Hobbies; ALL FROM MY JOB

⑤ "We have something to say also, Darion is a terrific communicator, he won't hurt you, we been here, Yes, we can do that too, Finished, Oh and further more (fly talk) protection, he won't hurt you, we been here, Yes, we can do that too, Finished, Oh and further more (fly talk) he feels sorry for himself, a lie is ~ fly talk
"Fly talk means we're friends"
Me "I earned it," "Ue earned it"
US → "Silence Talk"
"Me and them"

⑥ Seeking relief ~~money~~ to change circumstances of others around me; make changes; and for Family, friends, neighbors and myself.

Signature
Name DARION DION FREDERICK
Address N/A 501 W 5th STREET Austin, TX ~
Telephone Number N/A