IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DARION DION FREDERICK, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:23-CV-1149-DII |
| ARTIFICIAL INTELLIGENCE FIELDS, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court adopted the magistrate judge's report and recommendation and dismissed Plaintiff's complaint as frivolous. As nothing remains to resolve, the Court renders final judgment pursuant to Rule 58.

**IT IS ORDERED** that judgment is rendered in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED** that each party shall bear their own costs.

**SIGNED** on June 21, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1